**MICHAEL R. LEVINE, OSB 931421**
E-mail:  michael@levinemchenry.com
LEVINE & MCHENRY, LLC
1001 S.W. Fifth Avenue,
Suite 1414
Portland, Oregon  97204
Phone: (503) 546-3927
Fax:    (503) 224-3203
Attorney for Ngai Chong Bishman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CYNTHIA FULGENCIO BALITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY BISHMAN and NGAI ) <br> CHONG BISHMAN., ) <br> ) <br> Defendants, | No. CV 11-6252 (HO) <br><br> NGAI CHONG BISHMAN'S JOINDER IN CODEFENDANT'S MOTION FOR INDEFINITE STAY OF THE CASE |

The defendant Ngai Chong Bishman, through her attorney Michael R. Levine, JOINS in the motion of codefendant Randy Bishman for an indefinite stay of the civil case until the conclusion of the government's ongoing criminal investigation.

United States Attorney Bud Fitzgerald has advised undersigned counsel that the criminal investigation with respect to Mrs. Bishman remains open.  Therefore, a stay is mandated by 18 U.S.C. §1595 (b)(1).

Dated this 23 day of August, 2011.

                        Respecfully Submitted,

                        /s/ <u>Michael R. Levine</u>
                           Michael R. Levine
                           503-546-3927

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing JOINDER IN MOTION FOR INDEFINITE STAY on all participants in this case by electronic case filing a true copy on August 23, 2011.

/s/ Michael R. Levine
Michael R. Levine