Beth Creighton   OSB #97244
E-mail: *beth@civilrightspdx.com*
Michael E. Rose   OSB #75322
E-mail: *mrose@civilrightspdx.com*
CREIGHTON & ROSE, P.C.
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:      (503) 223-1516

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CYNTHIA FULGENCIO BALITE, | Civil No.   NO. CV 11-6252-HO |
| Plaintiffs, | |
| vs. | NOTICE OF NON-OPPOSITION TO MOTION FOR STAY |
| RANDY BISHMAN and NGAI CHONG BISHMAN, | |
| Defendants. | |

Plaintiff hereby gives notice that she does not oppose defendants' motions to stay the case pending the conclusion of the related criminal action.

Dated this 7th day of September 2011.

    s/Beth Creighton
BETH CREIGHTON, OSB #97224
MICHAEL E. ROSE, OSB #75322
Telephone: (503) 221-1792
Of Attorneys for Plaintiff

PAGE 1 – NOTICE OF NON-OPPOSITION TO MOTION FOR STAY
Z:\EMPLOYMENT\Balite, Cynthia\Pleadings\Notice of Non-Opp to Stay FINAL.wpd

CREIGHTON & ROSE, PC   ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com