**BETH CREIGHTON, OSB No. 972440**
E-Mail: beth@civilrightspdx.com
**MICHAEL ROSE, OSB No. 753221**
E-Mail: mrose@civilrightspdx.com
CREIGHTON & ROSE P.C.
815 S.W. 2nd Avenue
Suite 500
Portland, OR 97204
Telephone:   (503) 221-1792
Facsimile:   (503) 223-1516

    Of Attorneys for Plaintiff
    Cynthia Fulgencio Balite

**MARC D. BLACKMAN, OSB No. 730338**
E-mail: marc@ransomblackman.com
RANSOM BLACKMAN LLP
1400 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon 97204-1144
Telephone:   (503) 228-0487
Facsimile:   (503) 227-5984

    Of Attorneys for Defendant
    Randy Bishman

**MICHAEL R. LEVINE, OSB No. 931421**
E-Mail: michael@levinemchenry.com
LEVINE & McHENRY LLC
1414 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon 97204-1144
Telephone:   (503) 546-3927
Facsimile:   (503) 224-3203

    Of Attorneys for Defendant
    Ngai Chong Bishman

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| **CYNTHIA FULGENCIO BALITE,** | ) NO. CV 11-6252-HO |
| Plaintiff, | ) |
| | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **VACATING INDEFINITE STAY** |
| | ) |
| **RANDY BISHMAN and** | ) |
| **NGAI CHONG BISHMAN,** | ) |
| | ) |
| Defendants. | ) |

Page 1 - STIPULATION AND ORDER VACATING INDEFINITE STAY

Pursuant to 18 U.S.C. §1595(b), plaintiff Cynthia Fulgencio Balite, by and through her attorneys Beth Creighton, Michael Rose, and Creighton & Rose P.C.; defendant Randy Bishman, by and through his attorneys Ransom Blackman LLP and Marc D. Blackman; and defendant Ngai Chong Bishman, by and through her attorneys, Michael R. Levine and Levine & McHenry LLC, hereby stipulate that the indefinite stay ordered in this matter on September 13, 2011 on the grounds that the parties have been advised by the United States Department of Justice that the criminal action arising out of the same alleged occurrences as are the subject of this proceeding has been concluded and is no longer pending.

Dated this 17th of January, 2012.

SO STIPULATED:

CREIGHTON & ROSE P.C.

By: *Beth Creighton*
BETH CREIGHTON
OSB No. 972440
Of Attorneys for Plaintiff

RANSOM BLACKMAN LLP

By: *Marc D. Blackman*
MARC D. BLACKMAN
OSB No. 730338
Of Attorneys for Defendant
Randy Bishman

LEVINE & McHENRY LLC

By: *Michael R. Levine*
MICHAEL R. LEVINE
OSB No. 931421
Of Attorneys for Defendant
Ngai Chong Bishman

//

//

Page 2 - STIPULATION AND ORDER VACATING INDEFINITE STAY



RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

SO ORDERED:    19 Jan. 2012

HON. MICHAEL R. HOGAN
United States District Court Judge

Page 3 - STIPULATION AND ORDER VACATING INDEFINITE STAY

RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984