David A. Jacobs, OSB #94220
djacobs@luvaascobb.com
Lann D. Leslie, OSB #823172
lleslie@luvaascobb.com
LUVAAS COBB
777 High Street #300
PO Box 10747
Eugene, OR 97440
Telephone:     (541) 484-9292
Facsimile:     (541) 343-1206

      Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE, DIVISION

| | |
|---|---|
| CYNTHIA FULGENCIO BALITE,<br><br>    Plaintiff,<br><br>  vs.<br><br>RANDY BISHMAN and NGAI CHONG BISHMAN,<br><br>    Defendants. | Case No. CV 11-6252-HO<br><br>NOTICE OF ASSOCIATION<br>    OF COUNSEL |

    Defendant Randy Bishman's counsel Marc D. Blackman and Defendant Ngai Chong Bishman's counsel Michael R. Levine hereby gives notice of association of the following attorneys as counsel for defendants Randy Bishman and Ngai Chong Bishman in this proceeding:

        Lann D. Leslie, OSB No. 823172
        David A. Jacobs, OSB No. 94220
             LUVAAS COBB
       777 High Street, Suite 300
         Eugene, Oregon 97401
        Phone: 541-484-9292

NOTICE OF ASSOCIATION OF COUNSEL – Page 1 of 2

Service copies of documents and notices of events should be directed to both the undersigned and associated counsel for defendants.

DATED this 28th day of February, 2012.

| RANSOM BLACKMAN LLP | LEVINE & MCHENRY, LLC |
|---|---|
| /s/ Marc D. Blackman | /s/ Michael R. Levine |
| Marc D. Blackman, OSB #730338 | Michael R. Levine, OSB #931421 |
| Of Attorneys for Randy Bishman | Of Attorneys for Ngai Chong Bishman |
| LUVAAS COBB | LUVAAS COBB |
| /s/ David A. Jacobs | /s/ Lann D. Leslie |
| David A. Jacobs, OSB #94220 | Lann D. Leslie, OSB #823172 |
| Of Attorneys for Defendants Randy Bishman and Ngai Chong Bishman | Of Attorneys for Defendants Randy Bishman and Ngai Chong Bishman |