Lann D. Leslie, OSB 823172
lleslie@luvaascobb.com
LUVAAS COBB
777 High Street, Suite 300
Eugene, Oregon 97401
Telephone: (541) 484-9292
Telefax: (541) 343-1206

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### Eugene Division

| | |
|---|---|
| CYNTHIA FULGENCIO BALITE, | Case No. 6:11-CV- 6252-TC |
| Plaintiff, | STIPULATED JUDGMENT OF DISMISSAL |
| vs. | |
| RANDY BISHMAN and NGAI CHONG BISHMAN, | |
| Defendants. | |

This case was settled by the parties following a settlement conference before the undersigned on August 15, 2012 and based upon the stipulation of the parties, through their attorneys of record;

Judgment is hereby entered dismissing plaintiff's claims, with prejudice, and without costs to any of the parties.

Dated this __9__ day of __Oct__, 2012.

_____
Magistrate Judge Thomas M. Coffin.

Page 1 - Stipulated Judgment of Dismissal

IT IS SO STIPULATED:

CREIGHTON & ROSE, P.C.

*[signature]*

Beth Ann Creighton [OSB No. 972440]
Attorneys for Plaintiff Cynthia
 Cynthia Fulgencio Balite

LEVINE & MCHENRY, LLC

*[signature]*

Michael R. Levine [OSB No. 931421]
Of Attorneys for Defendant
 Ngai Chong Bishman

RANSOM BLACKMAN, LLP

*[signature]*

Marc D. Blackman [OSB No. 730338]
Of Attorneys for Defendant
 Randy Bishman

LUVAAS COBB

*[signature]*

Lann D. Leslie [OSB No. 823172]
Of Attorneys for Defendant Randy
 Bishman and Ngai Chong Bishman